# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR
Avery Dennison's Brief in Support of its
Motion to Dismiss Pursuant
to Fed. R. Civ. P. 12(b)(1)**

3M Company

Plaintiff(s)

v.   Case Number: 10-cv-3849 MJD/FLN

Avery Dennison Corporation

Defendant(s)

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Avery Dennison's Brief in Support of its
Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1)**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal pursuant to a court order* (Document number of protective order: ___ )

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
      (Document number of redacted version: ___ )

_X_ Other (description):  *Permission obtained from Magistrate Judge Noel.*

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

4801617_1.DOC