# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

3M COMPANY,             Civil Action No. 10-cv-3849 MDJ/FLN

    Plaintiff,

    v.

AVERY DENNISON CORPORATION,

Defendant.

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Avery Dennison's Reply Memorandum in Support of its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1)**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_ Voluminous Document* (Document number of order granting leave to file conventionally: \_\_\_ )

\_\_\_ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

\_\_\_ Physical Object (description):

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_\_ Item Under Seal pursuant to a court order* (Document number of protective order \_:)

\_\_\_ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
    (Document number of redacted version: \_\_\_ )

_X_ Other (description): ***Permission obtained from Magistrate Judge Noel.***

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

4827513_1.DOC