**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| 3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>　　Plaintiffs-Counterclaim Defendants,<br><br>　　v.<br><br>AVERY DENNISON CORPORATION,<br><br>　　Defendant-Counterclaimant. | Civil No. 0:10-cv-03849 (MJD/TNL) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective attorneys that this action, including all claims and counterclaims herein, is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) with each party bearing its own attorneys' fees, costs and expenses.

Dated:  March 28, 2013

**FISH & RICHARDSON P.C.**

*/s/ John C. Adkisson*
John C. Adkisson (#266358)
Ann N. Cathcart Chaplin (#284865)
Joseph A. Herriges (#0390350)
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696
adkisson@fr.com
cathcartchaplin@fr.com
herriges@fr.com

1

Juanita R. Brooks (admitted *Pro Hac Vice*)
Geoff D. Biegler (#386563)
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-4357
Fax: (858) 678-5099
brooks@fr.com
biegler@fr.com

Kevin H. Rhodes (Reg. No. 0318115)
**3M INNOVATIVE PROPERTIES COMPANY**
3M Center, P.O. Box 33427
St. Paul, Minnesota 55144
Telephone: (651) 736-4533
Fax: (651) 737 2948
krhodes@mmm.com

**OF COUNSEL:**

M. Sean Royall (admitted *Pro Hac Vice*)
Michael L. Raiff (admitted *Pro Hac Vice*)
**GIBSON, DUNN & CRUTCHER, LLP**
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Tel: (214) 698-3100
sroyall@gibsondunn.com
mraiff@gibsondunn.com

Daniel S. Floyd (admitted *Pro Hac Vice*)
**GIBSON, DUNN & CRUTCHER, LLP**
333 South Grand Avenue, 46th Floor
Los Angeles, CA 90071
Tel: (213) 229-7000
dfloyd@gibsondunn.com

*Attorneys for Plaintiffs-Counterclaim Defendants 3M Company and 3M Innovative Properties Company*

| | |
|---|---|
| Dated:  March 28, 2013 | **FREDRIKSON & BYRON, P.A.** |
| | */s/ Lora M. Friedemann* <br> Lora M. Friedemann (#259615) <br> Kurt J. Niederluecke (#271597) <br> Laura L. Myers (#387116) <br> 200 South Sixth Street, Suite 4000 <br> Minneapolis, Minnesota 55402-1425 <br> Tel:  (612) 492-7000 <br> Fax:  (612) 492-7077 <br> kniederluecke@fredlaw.com <br> lfriedemann@fredlaw.com <br> lmyers@fredlaw.com |
| | Charles K. Verhoeven <br> David Bilsker <br> Christopher E. Stretch <br> James E. Baker <br> Emily O'Brien <br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> 50 California Street, 22nd Floor <br> San Francisco, California 94111 <br> Tel:  (415) 875-6600 <br> Fax:  (415) 875-6700 |
| | *Attorneys for Defendant-Counterclaimant Avery Dennison Corporation* |

60831898.doc