IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>  Plaintiffs-Counterclaim Defendants,<br><br>  v.<br><br>AVERY DENNISON CORPORATION,<br><br>  Defendant-Counterclaimant. | Civil No. 0:10-cv-03849 (MJD/TNL) |

## **ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs-Counterclaim Defendants 3M Company and 3M Innovative Properties Company (collectively "3M") and Defendant-Counterclaimant Avery Dennison Corporation ("Avery," and collectively, with 3M, "Parties") have stipulated to dismiss this action with prejudice (Doc. No. 143).

IT IS HEREBY ORDERED:

1. This case is dismissed with prejudice; and

2. The Parties shall bear their own attorneys' fees, costs and expenses.

**LET JUDGMENT BE ENTERED ACCORDINGLY**


Dated:  March 28, 2013            s/ Michael J. Davis
                                  The Honorable Chief Judge Michael J. Davis
                                  United States District Court Judge